IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSANNA SWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 3:12CV381 |
| ) | JURY DEMAND |
| KAYLEE DAVENPORT, ) | |
| STEVEN DAVENPORT, and ) | |
| JAMES DERFLINGER, JR., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF COMPROMISE AND SETTLEMENT**

It appearing to the Court from the signatures of counsel below for the respective parties that the parties have agreed to compromise and settle all matters in controversy between themselves;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this action be and same hereby is hereby ORDERED compromised and settled, and this action is ORDERED dismissed with prejudice, with each party bearing their own discretionary costs allowable under Rule 54.04 of the Tennessee Rules of Civil Procedure. Court costs are taxed to the Defendant for which execution may issue if necessary. It is agreed that the Plaintiffs and their attorney are solely responsible for any and all outstanding liens and shall indemnify and hold Defendant harmless against said liens.

It is so ORDERED.

Entered this the _____ day of _____ 2012.

_____
JUDGE

APPROVED FOR ENTRY:

McCLELLAN, POWERS, EHMLING & ROGERS, P.C.

_____
Dinah J. Michael, BPR #19148
Attorney for Unnamed Defendant
201 W. Main St., Suite 201
Murfreesboro, TN 37130
(615) 895-2529
*Attorney for Defendants*

Please mail bill of costs to:
Dinah J. Michael
201 W. Main St., Suite 201
Murfreesboro, TN 37130

HUGHES & COLEMAN

_____
Mark M. Mizell, BPR #018812
444 James Robertson Pkwy., Suite 201
Nashville, TN 37219
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded via U.S. Mail, 1st class, with proper postage affixed, to:

Roger W. Hudson, Esq.
16 Public Square North
PO Box 884
Murfreesboro, TN 37130
*Attorney for Defendant Derflinger*

Raymond D. Lackey, Esq.
DAVID SNEED & ASSOCIATES
Eight Corporate Centers
6640 Carothers Parkway, Suite 200
Franklin, TN 37067
*Attorney for Travelers Insurance*

on this the 28th day of September, 2012.

_____
DINAH MICHAEL